David C. Wakefield, Esq.    Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA  92131
Telephone:  619.241.7112; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **WOODLEY MANAGEMENT LLC; and DOES 1 THROUGH 10, Inclusive** <br><br> **Defendants** | **Case No.: 16CV08110 KS** <br><br> **NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE OF ALL DEFENDANTS AND DISMISSAL <u>WITHOUT</u> PREJUDICE OF ENTIRE CASE** <br><br> [Fed. R. Civ. P. Rule 41(a)(1)] |

        IT IS HEREBY NOTICED by all the Plaintiffs, pursuant to Federal Rules of

Civil Procedure Rule 41 (a)(1), that Plaintiffs hereby dismiss, <u>without</u> prejudice all

the Defendants and also dismisses <u>without</u> prejudice Plaintiffs' Complaint in its

entirety.

**IT IS SO NOTICED.**

Dated: November 30, 2016            **Law Offices of David C. Wakefield**

                                             /S/ David C. Wakefield_____
                                             By: DAVID C. WAKEFIELD, ESQ.
                                             Attorney for Plaintiffs

VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE ENTIRE CASE            1
Case# 16CV08110 KS